# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

April 17, 2002

**Before**

**Hon.** RICHARD A. POSNER, *Circuit Judge*

**Hon.** MICHAEL S. KANNE, *Circuit Judge*

**Hon.** DIANE P. WOOD, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff-Appellee*, <br><br> **Nos.** 99-4203**,** 99-4205, and 99-4210 <br><br> v. <br><br> PETER N. FERNANDEZ, III, <br> PETER N. FERNANDEZ, JR., <br> AND KENNETH K. GETTY, <br> *Defendants-Appellants*. | Appeals from the United <br> States District Court for the <br> Northern District of Illinois, <br> Eastern Division. <br><br> No. 97 CR 835 <br><br> Ruben Castillo, <br> *Judge*. |

**O R D E R**

The slip opinion issued in the above-entitled cause on March 7, 2002, is amended as follows:

On page 18, line 10, "brides" should be "bribes".